UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
BERNARD OCKERS and MITCHELL LEWIS,      Case No.: 1:21-cv-02975

        Plaintiff,

   -against-                        **NOTICE OF DISMISSAL**
                                   <u>**WITHOUT PREJUDICE**</u>

DASH NETWORKS CORP. (d/b/a FIBERLESS
NETWORKS) and LOUIS SLAUGHTER,

        Defendants.
------------------------------------------------------------X

       **PLEASE TAKE NOTICE** that pursuant to Rule 41(a)(i) of the Federal Rules of Civil Procedure, Plaintiffs Bernard Ockers and Mitchell Lewis hereby dismiss this action without prejudice. The Clerk of the Court is respectfully directed to close the case and remove from the Court's calendar all future appearances and deadlines.

Dated: New York, New York
        November 29, 2021

                                        McLAUGHLIN & STERN, LLP

                                        By: _____
                                                Brett R. Gallaway
                                        260 Madison Avenue
                                        New York, New York 10016

                                        *Attorneys for Plaintiffs*